UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

TAZARIUS LEACH,

    Plaintiff,

v.                                                  Case No. 16-2876
                                                   Honorable Victoria A. Roberts

CORRECTIONS CORPORATION
OF AMERICA, ET AL.,

    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

On November 9, 2017, Magistrate Judge Joe B. Brown issued a Report and Recommendation [Doc. 60], recommending that Defendants Doe, Garner and the Grievance Chairperson be dismissed without prejudice for Plaintiff's failure to obtain service of process in accordance with Rule 4 of the Federal Rules of Civil Procedure. Plaintiff failed to file objections within the fourteen day period pursuant to Fed.R.Civ.P 72(b) and 28 U.S.C. § 636(b)(1). Accordingly, the Court adopts the Report and Recommendation.

Defendants Doe, Garner and the Grievance Chairperson are **DISMISSED WITHOUT PREJUDICE.**

**IT IS ORDERED**.

                                            S/ Victoria A. Roberts
                                            Victoria A. Roberts
                                            United States District Judge
                                            Sitting by Special Designation

Dated: December 4, 2017